UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

Trever DeClue and Katherine DeClue, individually and on behalf of others similarly situated,

Plaintiffs,

v.

United Consumer Financial Services Company,

Defendant.

Case No.: 1:18-cv-00425-SO

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFFS**

**HON. SOLOMON OLIVER, JR.**

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to the named Plaintiffs. Each party is to bear its own attorneys' fees and costs.

IT IS ORDERED.

Dated: _____

**HON. SOLOMON OLIVER, JR.**
UNITED STATES DISTRICT JUDGE