**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (*Pro Hac Vice*)
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**JUMP LEGAL GROUP**
W. Mark Jump, Esq. (OH Bar No. 62837)
2130 Arlington Avenue
Columbus, OH 43221
Telephone: (614) 4810-4480
Facsimile: (866) 334-2208

*Attorneys for Plaintiffs,*
Trever and Katherine Declue

Motion Granted.
Case dismissed with prejudice.
**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
6/8/2018

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Trever DeClue and Katherine DeClue, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>United Consumer Financial Services Company,<br><br>Defendant. | **Case No.: 1:18-cv-00425-SO**<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFFS**<br><br>Assigned to: Hon. Solomon Oliver, Jr. |

Plaintiffs Trever DeClue and Katherine DeClue ("Plaintiffs") and Defendant United Consumer Financial Services Company ("Defendant"), acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that this action be dismissed ***with prejudice***, including all claims

and counterclaims stated herein, with each party to bear its own attorney's fees and costs. The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this putative class action because the dismissal concerns individual claims and no class has been certified.

Date: June 1, 2018   **KAZEROUNI LAW GROUP, APC**

By: *s/ Abbas Kazerounian*
Abbas Kazerounian, Esq.
*Attorney for Plaintiffs*

Date: June 1, 2018   **JUMP LEGAL GROUP**

By: *s/ W. Mark Jump*
W. Mark Jump, Esq.
*Attorney for Plaintiffs*

Date: June 1, 2018   **BAKER & HOSTETLER**

By: *s/ Michael D. Meuti*
Michael D. Meuti, Esq.
*Attorney for Defendant*